**Curtis Dale RICHARDSON,**
**Plaintiff–Appellant,**

v.

**Mark SANFORD, Governor of South Carolina, in his official and individual capacity; Jim McClain, Director of South Carolina Department of Probation, Parole and Pardon Services, in his official and individual capacity; Gwendolyn A. Bright, Director of Parole Board Support Services, in her official and individual capacity, Defendants–Appellees.**

No. 04–7198.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 29, 2004.

Curtis Dale Richardson, Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**560**

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson v. Sanford,* No. CA–03–2425–4–26BH (D.S.C. filed June 18, 2004; entered June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*